OCTOBER 29, 1965.

No. 89. JOINT COUNCIL 53, INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* MEYER ET AL.; and

No. 94. LOCAL 107, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* MEYER ET AL. Sup. Ct. Pa. Petitions for writs of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Edward Davis* for petitioners in No. 89. *Richard H. Markowitz* for petitioners in No. 94. *Paul L. Jaffe* for respondents. Reported below: 416 Pa. 401, 206 A. 2d 382.

NOVEMBER 4, 1965.

No. 841, Misc. CEPHUS *v.* UNITED STATES. C. A. D. C. Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 5, 1965.

No. 23, Original. UNITED STATES *v.* ALABAMA;

No. 24, Original. UNITED STATES *v.* MISSISSIPPI; and

No. 25, Original. UNITED STATES *v.* LOUISIANA. The motions for leave to file bills of complaint are denied. *Attorney General Katzenbach, Solicitor General Marshall, Assistant Attorney General Doar, Ralph S. Spritzer* and *Louis F. Claiborne* for the United States. *Richmond M. Flowers,* Attorney General of Alabama, and *Gordon Madison,* Assistant Attorney General, for defendant in No. 23, Original. [For earlier order in these cases, see *ante,* p. 889.]